JS 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Alberto Llamel Lozano-Lozano, | ) | Case No.:  CR 09-1298 DSF |
| Petitioner, | ) | CV 11-3301 DSF |
| v. | ) | JUDGMENT |
| United States of America, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order Denying Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

For the reasons stated in the Order, the Court finds that Petitioner has not shown that "jurists of reason would find it debatable whether the petition  states a valid claim of the denial of a constitutional right and jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also  Miller-El v. Cockrell, 537 U.S. 322, 336 (2003) (holding certificate of appealability will not issue unless petitioner has made a substantial showing of the denial of a constitutional right); 28 U.S.C. § 2253.

1    Therefore, a certificate of appealability is denied.

2

3

4

5    Dated: _____          4/9/12

6                                        _____
                                              Dale S. Fischer
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28